ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BlueIce Engineering, LLC | ) ASBCA No. 62679 |
| | ) |
| Under Contract No. N40192-19-P-7102 | ) |

APPEARANCE FOR THE APPELLANT:      Bryan B. Arnold, Esq.
    Gordee, Nowicki & Blankeney LLP
    Irvine, CA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Jerry Kim, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 6, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62679, Appeal of BlueIce Engineering, LLC, rendered in conformance with the Board's Charter.

Dated:  October 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals